# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:

VENECIA AVA MURRAY,

    Plaintiff,

v.

KOCH PARAFINCZUK WOLF SUSEN, P.A.,
JUSTIN PARAFINCZUK,
JASON WOLF,
MARCUS SUSEN,

    Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, VENECIA AVA MURRAY, brings this action against Defendants, KOCH PARAFINCZUK WOLF SUSEN, P.A., JUSTIN PARAFINCZUK, JASON WOLF, and MARCUS SUSEN, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff VENECIA AVA MURRAY was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communication including by e-mail, fax, mail, and telephone as part of her work duties.

4. At all times material hereto, Defendant, KOCH PARAFINCZUK WOLF SUSEN, P.A., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of legal services, at all times material hereto was the "employer" of Plaintiff

as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.      Defendant, JUSTIN PARAFINCZUK, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, KOCH PARAFINCZUK WOLF SUSEN, P.A., and controlled Plaintiff's duties, hours worked, and compensation. Accordingly, JUSTIN PARAFINCZUK was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6.      Defendant, JASON WOLF, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, KOCH PARAFINCZUK WOLF SUSEN, P.A., and controlled Plaintiff's duties, hours worked, and compensation. Accordingly, JASON WOLF was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7.      Defendant, MARCUS SUSEN, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, KOCH PARAFINCZUK WOLF SUSEN, P.A., and controlled Plaintiff's duties, hours worked, and compensation. Accordingly, MARCUS SUSEN was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

8.      Plaintiff VENECIA AVA MURRAY worked for Defendants in the job title of paralegal.

9.      Defendants failed to pay Plaintiff her full and proper overtime wages of 1.5 times her regular hourly rate for all hours worked over 40 each week.

10.     Defendants failed to pay Plaintiff at least the minimum-wage hourly rate for all hours worked.

11.     Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

12.     Defendants have knowingly and willfully refused to pay Plaintiff her wages.

13. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

14. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

15. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

16. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

17. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791